# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: LAND CONSERVANCY OF ELKINS PARK, INC., | : | CIVIL ACTION NO. 12-1653 |
| LAND CONSERVANCY OF ELKINS PARK, INC., | : | |
| Appellant, | : | BANKRUPTCY NO. 10-19522 |
| v. | : | ADVERSARY NO. 10-499 |
| THE DOMINICAN CONGREGATION OF SAINT CATHERINE de' RICCI, *et al.*, | : | |
| Appellees. | : | |

## ORDER

**AND NOW**, this 11th day of February 2013, having considered fully the briefs and the record on appeal, and for the reasons stated in the Opinion filed this day, it is hereby

**ORDERED** that the Order of the Bankruptcy Court dated February 21, 2012 is **AFFIRMED**.

The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**